ACCEPTED
04-15-00273-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
9/15/2015 4:21:47 PM
KEITH HOTTLE
CLERK

## NO. 04-15-00273-CV

IN THE FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
09/15/2015 4:21:47 PM
KEITH E. HOTTLE
Clerk

BUDDY CASTEEL AND JARET B. CASTEEL

V.

AMELIA STAYTON AND MELISSA RAY BAUGH

## APPELLANTS' PARTIALLY OPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

TO THE HONORABLE COURT OF APPEALS:

Appellants, BUDDY CASTEEL AND JARET B. CASTEEL, respectfully present their Partially Opposed Motion for Extension of Time to file their Opening Brief under TEX. R. APP. P. 38.6(d), and would respectfully show the Court as follows:

I.

Although substantial progress has been made toward completion of Appellant's brief in this matter, the undersigned requests an additional ten (10) days to complete the brief because of the unexpected hospitalization of his son at Clarity Child Guidance Center.

## II.

The undersigned is the primary caregiver for his sons who live exclusively with him. The undersigned's son is treated for a mental health condition. A medication change was made on or about Saturday, August 29, 2015. The change did not go well and the undersigned's son had to be picked up from school for feeling sick as a result of the medication change on multiple occasions during the week of August 31-September 4, 2015. On Friday, September 4, 2015,the undersigned had to leave work and pick his son up from school and take him to a doctor's appointment because of the side effects of the medication.

## II.

While a change in the medication was prescribed, the undersigned's son remained ill from the medication change and had to be kept home from school on Wednesday, September 9, 2015. A follow up doctor's appointment was set for Friday, September 11, 2015. Unfortunately, the undersigned's son's condition worsened on Thursday, September 10, 2015 and he again had to be picked up from school because of the reaction to the new medication.

III.

Ultimately, the undersigned's son had to be admitted as an inpatient to Clarity Child Guidance Center at 2 a.m. on Friday, September 11, 2015. He remains hospitalized there at this time.

IV.

Due to the hospitalization, the undersigned has been out of the office frequently tending to his son and meeting with doctors and other mental health professionals. The undersigned hopes his son will be discharged soon but a discharge date has not been set at this point.

V.

Because of these circumstances, Appellants ask this Court to extend the time to file Appellants' Opening Brief for ten days up to and including September 21, 2015.

VI.

This motion is not brought for purposes of delay but solely that justice may be served.

WHEREFORE, PREMISES CONSIDERED, Appellants BUDDY CASTEEL AND JARET B. CASTEEL ask the Court to extend the time to file their opening brief until September 21, 2015. Appellants pray for such other relief

to which they may be entitled consistent with this Court's decision.

Respectfully submitted,


*/s/ Christopher J. Deeves*
CHRISTOPHER J. DEEVES
State Bar No. 00790575

THE LAW OFFICE OF
CHRISTOPHER DEEVES, P.C.
1370 Pantheon Way, Suite 110
San Antonio, Texas 78232
(210) 445-8807
(210) 501-0915 (fax)
e-mail: chrisdeeves@att.net

ATTORNEY FOR
APPELLANTS
BUDDY CASTEEL AND
JARET B. CASTEEL

## **CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that he conferred with opposing counsel, Bobby Jack Rushing, who stated his client did not oppose an extension until September 11, 2015, but could not agree to a further extension of time beyond that date.

/s/ Christopher J. Deeves
CHRISTOPHER J. DEEVES

## **CERTIFICATE OF SERVICE**

This will certify that a true and correct copy of the above and foregoing document was served as indicated to the following counsel of record listed below on September 15, 2015:

Bobby Jack Rushing
The Rushing Law Firm, PLLC
808 London St.
Castroville, TX  78009
***Via Facsimile or Electronic Service*:**
ATTORNEY FOR APPELLEES
AMELIA STAYTON

/s/ Christopher J. Deeves
CHRISTOPHER J. DEEVES

5